IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FREDDIE WILLIS,<br><br>        Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY CORRECTION,<br><br>        Defendant. | 8:21CV109<br><br>MEMORANDUM<br>AND ORDER |

    Plaintiff filed his Complaint in this matter on March 15, 2021, while he was incarcerated. The court granted him leave to proceed in forma pauperis on April 13, 2021, also while he was incarcerated. Plaintiff filed a change of address on September 27, 2021, indicating that he is no longer incarcerated. (Filing 19.)

    Since Plaintiff is no longer incarcerated, he must now file a new application for leave to proceed in forma pauperis if he wishes to continue pursuing this case in forma pauperis. Plaintiff may, in the alternative, pay the court's $402.00 filing and administrative fees.

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the court's $402.00 filing and administrative fees within 30 days. Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

    2.    The Clerk of the Court is directed to send to Plaintiff at his updated address the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

3. The Clerk of the Court is directed to set a pro se case management deadline with the following text: October 28, 2021: deadline for Plaintiff to file new IFP application or pay filing fee.

DATED this 28th day of September, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge