IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FREDDIE WILLIS,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY CORRECTION,<br><br>Defendant. | 8:21CV109<br><br>MEMORANDUM<br>AND ORDER |

    Plaintiff, who was incarcerated with the Douglas County Department of Corrections when he filed this lawsuit, has since been released. (Filing 19.) Due to Plaintiff's release from custody, on September 28, 2021, the court ordered Plaintiff to file a new request for leave to proceed in forma pauperis or pay the court's $402.00 filing and administrative fees within 30 days, in the absence of which this action would be dismissed without further notice to Plaintiff. (Filing 20.) Because Plaintiff has failed to comply with the court's order, this matter will be dismissed without prejudice.

    IT IS ORDERED that this case is dismissed without prejudice, and judgment will be entered by separate document.

    DATED this 3rd day of November, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge